STEPHEN CESLIK *v.* LAUREN WINER
(12317)

LANDAU, HENNESSY and CRETELLA, Js.

Argued March 16—decision released April 18, 1995

*Stephen Ceslik,* pro se, the appellant (plaintiff).

*Gary A. Mastronardi,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.